**Order entered August 16, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00645-CV

### IN THE INTEREST OF C.A. AND L.A., CHILDREN

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 95793-CC**

## ORDER

Before the Court is appellee Texas Department of Family and Protective Services' August 15, 2018 motion for extension of time in which to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 27, 2018. We caution that further extension requests will be disfavored.

/s/     DAVID EVANS
        JUSTICE